UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## REPORT COMMENCING CRIMINAL ACTION

UNITED STATES OF AMERICA            CASE # __13-6192-BSS__

VS

__Terri T. Davis__                  PRISONER # __03033-104__

********************************************************

TO:  CLERK'S OFFICE, UNITED STATES DISTRICT COURT:   (CIRCLE ONE)

MIAMI    (FT. LAUDERDALE)    WEST PALM BEACH    FT. PIERCE

ALL ITEMS ARE TO BE COMPLETED – INFORMATION NOT APPLICABLE OR UNKNOWN TO BE INDICATED BY "N/A":

1) DATE AND TIME OF ARREST: __04/16/2013  11:30 AM__

2) LANGUAGE(S) SPOKEN: __English__

3) OFFENSE (S) CHARGED: __Title 18 USC 1028 Identity Theft__

4) U.S. CITIZEN   [✓] YES    [ ] NO    [ ] UNKNOWN

5) DATE OF BIRTH: __10/17/1968__

6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
   [ ] INDICTMENT
   [✓] COMPLAINT TO BE FILED/ALREADY FILED
   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT

   ORIGINATING DISTRICT: __SDFL__

   COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES   [ ] NO

7) AMOUNT OF BOND: _____    WHO SET BOND: _____

8) ARRESTING/PROCESSING AGENT: __Stephanie Buscaino__   DATE: __04/17/13__

9) AGENCY: __FBI__                           PHONE: __561-822-5107__